# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

TIMOTHY CARTHON,

        Plaintiff,

vs.

CENTRAL STATE UNIVERSITY, *et al.*,

        Defendants.

:    Case No. 3:12-cv-93

:    District Judge Thomas M. Rose
     Magistrate Judge Michael J. Newman

:

## NOTICE TO *PRO SE* PLAINTIFF UPON FILING OF MOTION TO DISMISS

This matter was filed *pro se* in the Greene County Common Pleas Court, and removed to this Court by Defendants under 28 U.S.C. §§1441 and 1446 on March 27, 2012. *See* doc. 1. On the same day, Defendants filed a motion to dismiss. *See* doc. 3. Recognizing that Plaintiff is proceeding *pro se*, the Court **ADVISES** Plaintiff that he must file a memorandum in opposition to the motion to dismiss no later than **April 20, 2012**.

**IT IS SO ORDERED.**

March 28, 2012                                          s/ **Michael J. Newman**
                                                                    United States Magistrate Judge