**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

TIMOTHY CARTHON,

:

    Plaintiff,                                     Case No. 3:12-cv-93

  -vs-                                :          District Judge Thomas M. Rose
                                             Magistrate Judge Michael J. Newman

CENTRAL STATE UNIVERSITY, *et, al.*,

:

    Defendants.

---

**ORDER RESETTING PRELIMINARY PRE-TRIAL CONFERENCE**

---

       This *pro se* case was removed to this Court by Defendants under 28 U.S.C. §§ 1441 and 1446 on March 27, 2012, and referred to the undersigned U.S. Magistrate Judge under 18 U.S.C. § 636(b). Accordingly, the Magistrate Judge will schedule a preliminary pre-trial conference pursuant to Fed. R. Civ. P. 16. During the preliminary pre-trial conference, the Court will also discuss the pending motions in this case, if any.

       A preliminary pre-trial conference was set for Tuesday, May 22, 2012 but plaintiff failed to participate. The preliminary pre-trial conference is hereby re-set for **Tuesday, July 17, 2012 at 10:00 a.m.** The parties are directed to be available at the phone numbers listed on the docket sheet or to provide alternate contact information to Gayle Hays, the Court's Judicial Assistant, at 937-512-1640. During the conference, the Court will discuss the calendar by which this case shall proceed.

       Plaintiff, as a *pro se* litigant without access to the Court's electronic filing system, is reminded that all documents filed with the Court must be contemporaneously mailed to the counsel of the other parties, and must include a Certificate of Service indicating the date on which the document was mailed. Plaintiff is also instructed that he must inform the Court and opposing

counsel of any changes to his mailing address and/or telephone number.  His failure to comply with these directives may result in the dismissal of this case.

July 10, 2012                                                s/ **Michael J. Newman**
                                                                    United States Magistrate Judge

> **You can obtain all of the pretrial procedures and forms used by the Judge by visiting our website at:**
>
> **www.ohsd.uscourts.gov**
>
> **Click on Judges and then on Procedures and Forms beside the Judge's address.**
>
> ***Pro se*** **litigants are directed to the "*Pro Se* Litigants" listing on the left-hand side of the Court's webpage.**
>
> **If you do not have the ability to access the website for the Judge's procedures and forms, please contact Gayle Hays at (937) 512-1640.**