IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TIMOTHY CARTHON,

         Plaintiff,

vs.

CENTRAL STATE UNIVERSITY, *et al.*,

         Defendants.

:      Case No. 3:12-cv-93

:      District Judge Thomas M. Rose
     Magistrate Judge Michael J. Newman

:

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. # 25), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that the Defendants' Motion to Dismiss (Doc. # 2) is **DENIED AS MOOT.**

Date:  August 7, 2012                              **\*s/THOMAS M. ROSE**
                                                                                                Thomas M. Rose
                                                                                       United States District Judge