**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

TIMOTHY CARTHON,

        Plaintiff,

vs.

CENTRAL STATE UNIVERSITY, *et al.*,

        Defendants.

:     Case No. 3:12-cv-93

District Judge Thomas M. Rose
:     Magistrate Judge Michael J. Newman

:

**NOTICE TO *PRO SE* PLAINTIFF UPON
FILING OF MOTION TO DISMISS**

You are hereby notified that Defendants filed a motion to dismiss your case on November 29, 2012. You should receive a copy of the motion directly from Defendants.

Your response to this motion must be filed not later than twenty-four (24) days after the motion to dismiss was filed with the Court, *i.e.*, on or before **Monday, December 24, 2012**. You must include a certificate that you have served your memorandum on all other parties in the case.

December 3, 2012                                                             s/ **Michael J. Newman**
                                                                                      United States Magistrate Judge